GUISEPPE CRITELLI, as Administrator, etc, of ANGELO ORLANDO, Deceased, Respondent, *v.* RODGERS & CLEMENT, Appellants.

*Critelli* v. *Rodgers*, 87 Hun, 530, affirmed.
(Argued February 1, 1897 ; decided February 12, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fifth judicial department, entered September 18, 1895, which reversed an order of Special Term allowing the plaintiff to serve an amended complaint.

*Frank A. Dudley* and *Morris Cohn, Jr.*, for appellants.

*Charles Oishei* for respondent.

Order affirmed on opinion below, with costs.
All concur, except HAIGHT, J., not sitting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB SIMERMEYER, Appellant, *v.* THEODORE ROOSEVELT et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Simermeyer* v. *Roosevelt*, 1 App. Div. 434, affirmed.
(Argued February 1, 1897; decided February 12, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1896, which affirmed on certiorari a determination of the respondents dismissing the relator from the police force of the city of New York.

*Robert J. Robeson* for appellant.

*Francis M. Scott* and *Theodore Connoly* for respondents.

Order affirmed, with costs ; no opinion.
All concur.